**In re: Tracy Glenn JACKSON,
Petitioner.**

**No. 05–6639.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 19, 2005.

Decided Sept. 15, 2005.

Tracy Glenn Jackson, Petitioner pro se.

Before LUTTIG and MICHAEL,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Tracy Glenn Jackson petitions for writ
of mandamus, alleging the district court
has unduly delayed acting on his motion
filed under Fed.R.Civ.P. 60(b). He seeks
an order from this court directing the dis-
trict court to act. Our review of the dock-
et sheet reveals that the district court
adopted the magistrate judge's recommen-
dation, construing the motion as a succes-
sive 28 U.S.C. § 2255 (2000) motion and
dismissing it for failure to obtain authori-
zation from this court to file a successive
§ 2255 motion. Accordingly, because the
district court has recently decided Jack-
son's case, although we grant Jackson
leave to proceed in forma pauperis, we
deny the mandamus petition as moot.* 
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*PETITION DENIED*

---

* To the extent that Jackson seeks to challenge
the district court's denial of his motions for
production of documents, oral argument, and
appointment of counsel, and the district
court's final order construing Jackson's Rule
60 motion as a 28 U.S.C. § 2255 (2000) mo-
tion, we deny mandamus relief because he
has another available remedy; namely, to file
an appeal from the district court's order. *See
In re Braxton*, 258 F.3d 250, 261 (4th Cir.
2001) (mandamus relief not available where
there are other adequate means to obtain
relief).